# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0165. DORSEY EUGENE WALLACE v. GARY EDWARD WALLACE et al.**

Plaintiff Dorsey Eugene Wallace appeals the superior court's order directing him to "sell his stock back to Wallace Electric at the purchase price of $54,200.00, representing the Plaintiff's 16.67% share as valued on June 30, 1994." We, however, lack jurisdiction. The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases." See Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (2). "'Equity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied." *Beauchamp v. Knight*, 261 Ga. 608, 609 (2) (409 SE2d 208) (1991). Because this appears to be an equity case, jurisdiction lies in the Supreme Court. Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court. See *Saxton v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996). For these reasons, it appears jurisdiction is in the Supreme Court. Accordingly, Wallace's application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
　　*Clerk's Office, Atlanta,*＿＿＿＿09/12/2016＿＿＿＿
　　*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
　　*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ *, Clerk.*